# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-13-00606-CV

**Anthony Craig Easley, Appellant**

**v.**

**Caroline Boyd Easley and Evelyn Kirk Boyd Shaw, Appellees**

### FROM THE DISTRICT COURT OF BASTROP COUNTY, 423RD JUDICIAL DISTRICT NO. 423-2117, HONORABLE CHRISTOPHER DARROW DUGGAN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Anthony Craig Easley filed his notice of appeal on August 30, 2013. On December 11, 2013, the clerk of this Court notified appellant that his brief was overdue and that his appeal was subject to dismissal for want of prosecution unless he filed his brief or responded to this notice by December 23, 2013. To date, appellant has neither filed his brief nor responded to this Court's notice. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed for Want of Prosecution

Filed:   January 17, 2014